

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 9, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DUAL D HEALTH CARE OPERATIONS, INC., D/B/A KEMP CARE CENTER, LLC, | § § § § | Case No. 17-41320-ELM-7<br><br>In Proceedings Under Chapter 7 |
| Debtor. | § § | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT WITH CHARLES HARLEY ON BEHALF OF THE ESTATE OF NELLIE PEELE AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES**

Came on for consideration the Motion for Approval of Compromise and Settlement Agreement with Charles Harley on Behalf of the Estate of Nellie Peele and on Behalf of all Wrongful Death Beneficiaries (the "Motion") filed by Shawn K. Brown, Trustee of the above styled and numbered chapter 7 bankruptcy estate ("Trustee"). The Court is advised there was no opposition to the Motion.

The Court, having considered the pleadings finds jurisdiction over the subject matter and parties, that notice of the Motion was adequate under the circumstances and the relief requested is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion of the Trustee be and the same is hereby granted; it is further

**ORDERED, ADJUGED AND DECREED** that the Compromise and Settlement Agreement between the Trustee and Charles Harley on Behalf of the Estate of Nellie Peele and on Behalf of all Wrongful Death Beneficiaries, be and the same is hereby approved; it is further

**ORDERED, ADJUDGED AND DECREED** that Proof of Claim Number 4 filed February 12, 2019 by Charles Harley on Behalf of the Estate of Nellie Peele and on Behalf of all Wrongful Death Beneficiaries in the amount of $290,758.24 be and the same is hereby denied; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee be and the same is hereby authorized to execute such documents and take such actions as are necessary and appropriate to carry out the purposes and intent of this Order.

### End of Order ###

Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
GOODRICH POSTNIKOFF & ASSOCIATES, LLP
801 Cherry Street, Suite 1010
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411
jpostnikoff@gpalaw.com

COUNSEL FOR SHAWN K. BROWN,
CHAPTER 7 TRUSTEE

---