Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-41320 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | DUAL D HEALTH CARE OPERATIONS, INC. | | | Date Filed (f) or Converted (c): | 03/31/2017 (f) |
| For the Period Ending: | 04/10/2023 | | | §341(a) Meeting Date: | 05/31/2017 |
| | | | | Claims Bar Date: | 09/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  TWC Tax Refund  (u) | $0.00 | $517.68 | | $517.68 | FA |
| 2  Medicare reimbursement from final cost report  (u) | $0.00 | $90,000.00 | | $0.00 | $90,000.00 |
| 3  Bank funds-Wells Fargo | $2,800.00 | $2,622.84 | | $2,622.84 | FA |
| 4  Chapter 5 and entity piercing litigation.  (u) | $0.00 | $500,000.00 | | $0.00 | $500,000.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

$2,800.00     $593,140.52     $3,140.52     $590,000.00

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 17-41320 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | DUAL D HEALTH CARE OPERATIONS, INC. | | | Date Filed (f) or Converted (c): | 03/31/2017 (f) |
| For the Period Ending: | 04/10/2023 | | | §341(a) Meeting Date: | 05/31/2017 |
| | | | | Claims Bar Date: | 09/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/10/2023  ASSETS ARE CASH, MEDICARE REIMBURSEMENT, TWC TAX REFUND AND POTENTIAL LITIGATION.

UPDATE 4.10.23-TRIAL DOCKET CALL NOW SEPTEMBER 5, 2023.

UPDATE 1.13.23-TRIAL DOCKET MOVED TO JUNE 2023.  DISCOVERY ONGOING.

UPDATE 10.11.22-SPECIAL LITIGATION COUNSEL ENGAGED.  DISCOVERY ONGOING.  TRIAL DOCKET CALL 12.5.22.

UPDATE 4.6.22-ADVERSARY PROCEEDING V. DOUGLASS AND AFFILIATES SET FOR TRIAL DOCKET CALL DECEMBER 5, 2022.  DISCOVERY PROCEEDING.  SPECIAL LITIGATION COUNSEL BEING ENGAGED.

UPDATE 1.17.22-LITIGATION PROCEEDING.

UPDATE 10.11.21-TRUSTEE'S COUNSEL IS AMENDING THE COMPLAINT AGAINST THE DOUGLAS DEFENDANTS IN ACCORDANCE WITH THE COURT'S MEMORANDUM OPINION ON THEIR MOTION TO DISMISS.  SETTLEMENT NEGOTIAITIONS ARE ONGOING.

UPDATE 7.20.21-WATITING FOR COURT RULING ON MOTION TO DISMISS.

UPDATE 3.29.21-COURT HEARING HELD ON MOTION TO DISMISS ADVERSARY PROCEEDING. AWAITING COUT'S RULING.

UPDATE 10.13.20-ADVERSARY PROCEEDING HAS BEEN FILED AND IS PROCEEDING TO PRE-TRIAL MATTERS AND DISCOVERY.

UPDATE 4.21.20-PARTIES MEDIATED CLAIMS MARCH 12, 2020.  CLAIMS WERE NOT SETTLED, HOWEVER PARTIES AGREED TO OBTAIN EXPERT OPINIONS AND RESUME NEGOTIATIONS.  EXTENDED TOLLING AGREEMENTS ENTERED INTO.

UPDATE 10.15.19-TRUSTEE HAS ENTERED INTO TOLLING AGREEMENTS WITH RESPECT TO FRAUDULENT TRANSFER AND PIERCING LITIGATION AND HAS COMMENCED SETTLEMENT NEGOTIATIONS.

UPDATE 4.18.19-DEMAND FOR COST REPORT FUNDS HAS BEEN MADE.  COLLECTION TO CONTINUE.  FRAUDULENT TRANSFER DISCOVERY IN PROCESS.

UPDATE 10.16.18-COST REPORT IN PROCESS. CHAPTER 5 AND OTHER LITIGATION BEING REVIEWED.

UPDATE 8.28.18-TRUSTEE IS REVIEWING FILED CLAIM BY TORT CLAIMANTS.  COST REPORT IS INCOMPLETE. TRUSTEE WILL BE SEEKING TO EMPLOY A CPA TO COMPLETE THE REPORT.

UPDATE 8.28.18-TRUSTEE IS REVIEWING FILED CLAIM BY TORT CLAIMANTS.  COST REPORT IS INCOMPLETE. TRUSTEE WILL BE SEEKING TO EMPLOY A CPA TO COMPLETE THE REPORT.

| | | | SUBTOTALS | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |  | |
|---|---|---|---|
| Case No.: | 17-41320 | Trustee Name: | Shawn K. Brown |
| Case Name: | DUAL D HEALTH CARE OPERATIONS, INC. | Date Filed (f) or Converted (c): | 03/31/2017 (f) |
| For the Period Ending: | 04/10/2023 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 09/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

UPDATE-2.26.18-MEDICARE COST REPORT BEING PREEPARED AND SUBMITTED.

UPDATE 10.23.17--NO CLAIMS FILED.  DEBTOR IS SEEKING CREDITORS TO FILE TARDY CLAIMS.  COST REPORT RECONCILIATION AND PAYMENT HAS NOT OCCURRED.

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 6.21.17
CLAIMS REVIEW DATE: 11.1.18
CLAIMS OBJECTIONS FILED DATE: 11.9.18
FINAL ALLOWANCE DATE: 5.10.19

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2023 | /s/ SHAWN K. BROWN |
| | | | | SHAWN K. BROWN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 17-41320 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | DUAL D HEALTH CARE OPERATIONS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3003 | Checking Acct #: | ******1320 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 03/31/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/10/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2017 | (3) | KEMP CARE CENTER | Bank Funds-Wells Fargo Deposit returned by Integrity Bank-WF account frozen. Trustee sent WF request for turnover of funds direct. | 1129-000 | $2,622.84 | | $2,622.84 |
| 06/28/2017 | (3) | KEMP CARE CENTER | Bank Funds-Wells Fargo Deposit returned by Integrity Bank-WF account frozen. Trustee sent WF request for turnover of funds direct. | 1129-000 | ($2,622.84) | | $0.00 |
| 07/05/2017 | (3) | WELLS FARGO | Bank funds | 1129-000 | $2,622.84 | | $2,622.84 |
| 07/07/2017 | (1) | TEXAS COMPTOLLER OF PUBLIC ACCOUNTS | Refund | 1224-000 | $517.68 | | $3,140.52 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.68 | $3,136.84 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.66 | $3,132.18 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.50 | $3,127.68 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.64 | $3,123.04 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.49 | $3,118.55 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.63 | $3,113.92 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.62 | $3,109.30 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.17 | $3,105.13 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.61 | $3,100.52 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.45 | $3,096.07 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.60 | $3,091.47 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.44 | $3,087.03 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.58 | $3,082.45 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.73 | $3,081.72 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.73) | $3,082.45 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $53.94 | $3,028.51 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($53.94) | $3,082.45 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $4.58 | $3,077.87 |

**SUBTOTALS** $3,140.52 $62.65

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-41320 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | DUAL D HEALTH CARE OPERATIONS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3003 | Checking Acct #: | ******1320 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 03/31/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/10/2023 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2020 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.48 | $3,073.39 |
| 09/30/2020 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.48 | $3,068.91 |
| 10/30/2020 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.47 | $3,064.44 |
| 11/30/2020 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.46 | $3,059.98 |
| 12/31/2020 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.46 | $3,055.52 |
| 01/29/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.45 | $3,051.07 |
| 02/26/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.44 | $3,046.63 |
| 03/31/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.44 | $3,042.19 |
| 04/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.43 | $3,037.76 |
| 05/28/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.42 | $3,033.34 |
| 06/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.42 | $3,028.92 |
| 07/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.41 | $3,024.51 |
| 08/31/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.41 | $3,020.10 |
| 09/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.40 | $3,015.70 |
| 10/29/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.39 | $3,011.31 |
| 11/30/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.39 | $3,006.92 |
| 12/31/2021 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.38 | $3,002.54 |
| 01/31/2022 |  | Independent Bank | Account Analysis Charge | 2600-000 |  | $4.37 | $2,998.17 |
| 02/22/2022 |  | Independent Bank | Transfer Funds | 9999-000 |  | $2,998.17 | $0.00 |

|  |  |  |  | SUBTOTALS | $0.00 | $3,077.87 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |
|---|---|
| **Case No.** 17-41320 | **Trustee Name:** Shawn K. Brown |
| **Case Name:** DUAL D HEALTH CARE OPERATIONS, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** **-***3003 | **Checking Acct #:** ******1320 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** |
| **For Period Beginning:** 03/31/2017 | **Blanket bond (per case limit):** $300,000.00 |
| **For Period Ending:** 04/10/2023 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,140.52 | $3,140.52 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,998.17 | |
| | | | **Subtotal** | | $3,140.52 | $142.35 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,140.52 | $142.35 | |

| For the period of 03/31/2017 to 04/10/2023 | | For the entire history of the account between 06/21/2017 to 4/10/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,140.52 | Total Compensable Receipts: | $3,140.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,140.52 | Total Comp/Non Comp Receipts: | $3,140.52 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $142.35 | Total Compensable Disbursements: | $142.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $142.35 | Total Comp/Non Comp Disbursements: | $142.35 |
| Total Internal/Transfer Disbursements: | $2,998.17 | Total Internal/Transfer Disbursements: | $2,998.17 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 17-41320 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | DUAL D HEALTH CARE OPERATIONS, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3003 | Checking Acct #: | ******0009 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 03/31/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/10/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $2,998.17 | | $2,998.17 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.45 | $2,993.72 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.30 | $2,989.42 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.44 | $2,984.98 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.29 | $2,980.69 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.43 | $2,976.26 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.42 | $2,971.84 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.27 | $2,967.57 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.26 | $2,963.31 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.26 | $2,959.05 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.39 | $2,954.66 |
| | | | | **SUBTOTALS** | $2,998.17 | $43.51 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 17-41320 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | DUAL D HEALTH CARE OPERATIONS, INC. | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3003 | | **Checking Acct #:** | ******0009 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 03/31/2017 | | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 04/10/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $2,998.17 | $43.51 | $2,954.66 |
| | | | **Less: Bank transfers/CDs** | | $2,998.17 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $43.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $43.51 | |

| For the period of 03/31/2017 to 04/10/2023 | | For the entire history of the account between 02/22/2022 to 4/10/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,998.17 | Total Internal/Transfer Receipts: | $2,998.17 |
| | | | |
| Total Compensable Disbursements: | $43.51 | Total Compensable Disbursements: | $43.51 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43.51 | Total Comp/Non Comp Disbursements: | $43.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| | |
|---|---|
| **Case No.** | 17-41320 |
| **Case Name:** | DUAL D HEALTH CARE OPERATIONS, INC. |
| **Primary Taxpayer ID #:** | **-***3003 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 03/31/2017 |
| **For Period Ending:** | 04/10/2023 |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0009 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,140.52 | $185.86 | $2,954.66 |

| For the period of 03/31/2017 to 04/10/2023 | | For the entire history of the account between 02/22/2022 to 4/10/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,140.52 | Total Compensable Receipts: | $3,140.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,140.52 | Total Comp/Non Comp Receipts: | $3,140.52 |
| Total Internal/Transfer Receipts: | $2,998.17 | Total Internal/Transfer Receipts: | $2,998.17 |
| | | | |
| Total Compensable Disbursements: | $185.86 | Total Compensable Disbursements: | $185.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $185.86 | Total Comp/Non Comp Disbursements: | $185.86 |
| Total Internal/Transfer Disbursements: | $2,998.17 | Total Internal/Transfer Disbursements: | $2,998.17 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN